IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TOM S. et al, | ) Case No.: 17 CV 05053 |
| Plaintiffs, | ) HONORABLE MANISH SHAH |
| vs. | ) |
| BOARD OF EDUCATION FOR | ) |
| CHICAGO PUBLIC SCHOOLS, et al | ) |
| Defendants | ) |

## AGREED ORDER TO DISMISS WITH LEAVE TO REINSTATE

This cause, coming before the Court pursuant to FRCP 41, on the parties agreed joint motion to voluntarily dismiss this cause with leave to reinstate pending the results of the due process hearing now pending and the Court being fully advised.

It is hereby ordered that this cause is voluntarily dismiss with leave to reinstate within one year with each side to bear their own costs.

Enter: _/s/ Manish Shah_
Hon. Manish Shah

Date: August 31, 2017

This order prepared by:
Steven E. Glink, ARDC # 6180869
Attorney for Plaintiffs
3338 Commercial Avenue
Northbrook, Illinois 60062
847/480-7749 (Voice)
847/480-9501 (Facsimile)
Email: steve@educationrights.com

-1-